01
02
03
04
05
06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08 | UNITED STATES OF AMERICA,           )
                                         )  CASE NO. MJ 17-271
09 |      Plaintiff,                     )
                                         )
10 |      v.                             )
                                         )  DETENTION ORDER
11 | SHUAI LIU,                          )
                                         )
12 |      Defendant.                     )
                                         )
13

14 Offense charged:    Bringing Alien Without Authorization to United States for Personal Gain

15 and Aiding and Abetting (3 counts); Bringing Alien to United States at Place Other than

16 Designated Port of Entry, Aiding and Abetting, Private Financial Gain (3 counts).

17 Date of Detention Hearing:    June 30, 2017.

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20 that no condition or combination of conditions which defendant can meet will reasonably assure

21 the appearance of defendant as required and the safety of other persons and the community.

22 / / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a native and citizen of China. He has resided in Canada on a student visa for several years. He lives with his mother, but his extended family resides in China. He is fluent in Mandarin and English.

2. Defendant poses a risk of nonappearance based on Chinese citizenship, lack of strong ties to Canada, and no significant ties to the United States, as well as the nature of the offense involving alleged alien smuggling. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 30th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3